**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose LOPEZ–CHAMU, a.k.a. Jose Andres Lopez, a.k.a. Toro, a.k.a. Jose Andres Chamo, a.k.a. Jose Andres Chamu, Defendant–Appellant.**

**No. 14–13564**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 2, 2015.

Michelle Lee Schieber, Verda M. Colvin, Paul C. McCommon, III, Michael J. Moore, U.S. Attorney, Michael Taylor Solis, U.S. Attorney's Office, Macon, GA, for Plaintiff–Appellee.

Jose E. Guzman, Federal Public Defender's Office, Columbus, GA, Cynthia W. Roseberry, Federal Public Defender's Office, Macon, GA, for Defendant–Appellant.

Before MARTIN, ROSENBAUM and ANDERSON, Circuit Judges.

PER CURIAM:

Jose E. Guzman, appointed counsel for Jose Lopez–Chamu in this direct criminal appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lopez–Chamu's conviction and sentence are **AFFIRMED.**